IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS US LLC, ASTELLAS PHARMA US, INC. and GILEAD SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., <br><br> Defendant. | C.A. No. 18-1675 (CFC) <br> (Consolidated) |

## STIPULATION AND ORDER

The parties in the above-identified action hereby agree, subject to the approval of the Court, that the parties will not submit *Daubert* briefing and reserve the right to object to expert testimony at trial, and that the following deadlines shall control the remainder of this action[1]:

| Event | Deadline * |
|---|---|
| Plaintiffs provide draft pretrial order according to the sections set forth in Local Rule 16.3(c) as required by this Court's Scheduling Order (D.I. 45), including joint sections, Plaintiffs' sections, and proposed trial exhibits and deposition designations in native format | April 26, 2021 |
| Plaintiffs produce copies of proposed trial exhibits | April 27, 2021 |

\* Please note change for pre-trial conference.

---

[1] Plaintiffs, Apotex, Accord, DRL, Hospira and IMS agree that this Stipulation relates only to the trial currently scheduled to begin June 14, 2021, and also agree that any provision in this Stipulation will not apply to any trial later scheduled by the Court (e.g., an infringement trial involving any of Accord, Apotex, DRL, Hospira, or IMS).

1

| Event | Deadline |
|---|---|
| Defendants provide responses to joint sections and Plaintiffs' proposed trial exhibits and deposition designations, Defendants' sections, and Defendants' proposed trial exhibits and deposition designations in native format | May 10, 2021 |
| Defendants produce copies of proposed trial exhibits | May 11, 2021 |
| Parties exchange proposed motion *in limine* topics and, thereafter, meet and confer to determine which requests are agreed upon and which requests are contested. | May 14, 2021 |
| Plaintiffs provide objections and counter-designations to Defendants' proposed trial exhibits and deposition designations | May 17, 2021 |
| Parties exchange opening motions *in limine*, which are to be included (together with oppositions and replies) in the final joint proposed pretrial order; Consistent with this Court's Scheduling Order (D.I. 45 at ¶ 17), each side shall be limited to three (3) requests, and each *in limine* request may be supported by a maximum of three (3) pages of argument per request. | May 19, 2021 |
| Defendants provide objections to Plaintiffs' counter-designations | May 24, 2021 |
| Parties exchange oppositions to motions *in limine*, which are to be included in the final joint proposed pretrial order; replies will not be submitted Consistent with this Court's Scheduling Order (D.I. 45 at ¶ 17), each *in limine* request may be opposed by a maximum of three (3) pages of argument. | May 25, 2021 |
| Parties exchange lists of miscellaneous issues to be resolved | May 25, 2021 |

| Event | Deadline |
|---|---|
| Parties meet and confer on trial logistics to include in pretrial order, including, as required by this Court's Scheduling Order (D.I. 45 at ¶ 16) and Local Rule 16.3, the number of hours for trial presentations, process for impeachment, process for objections to scope of expert testimony, process for motions for judgment as a matter of law, and post-trial briefing; Deadline for parties to meet and confer regarding designations or other miscellaneous issues concerning the pretrial order. | May 26, 2021 |
| Parties file joint proposed pretrial order (including exhibit lists and objections, deposition designations and objections, and motion *in limine* briefing) by 5:00 p.m. | May 27, 2021 |
| Parties exchange endorsed trial exhibits | May 28, 2021 |
| Pretrial conference, ~~4:00 p.m.~~ 2:00 p.m. | June ~~3~~ 8, 2021 |
| Trial, 8:30 am (at least four court days) | June 14, 2021 |

Dated: April 14, 2021

| | |
|---|---|
| FISH & RICHARDSON P.C. | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| By */s/ Robert M. Oakes*<br>Robert M. Oakes (#5217)<br>Nitika Gupta Fiorella (#5898)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>(302) 652-5070<br>oakes@fr.com<br>fiorella@fr.com | By */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com |
| Attorneys for Plaintiffs Astellas US LLC; Astellas Pharma US, Inc.; and Gilead Sciences, Inc. | Attorney for Apotex Inc. and Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. |

3

| | |
|---|---|
| SHAW KELLER LLP<br><br>By /s/ Nate Hoeschen<br>   David M. Fry (#5486)<br>   Nate Hoeschen (#6232)<br>   1105 N. Market Street, 12th Floor<br>   Wilmington, DE 19801<br>   dfry@shawkeller.com<br><br>Attorneys for International Medication Systems, Ltd. | MORRIS JAMES LLP<br><br>By /s/ Kenneth L. Dorsney<br>   Kenneth L. Dorsney (#3726)<br>   500 Delaware Ave, Suite 1500<br>   Wilmington, DE 19801<br>   (302) 888-6800<br>   kdorsney@morrisjames.com<br><br>Attorneys for Accord Healthcare, Inc. |
| HEYMAN ENERIO GATTUSO & HIRZEL LLP<br><br>By /s/ Dominick T. Gattuso<br>   Dominick T. Gattuso (#3630)<br>   300 Delaware Avenue, Suite 200<br>   Wilmington, DE 19801<br>   (302) 472-7300<br>   dgattuso@hegh.law<br><br>Attorney for Hospira, Inc. | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>By /s/ Adam W. Poff<br>   Adam W. Poff (#3990)<br>   Robert M. Virana (5666)<br>   Rodney Square<br>   1000 North King Street<br>   Wilmington, DE 19801<br>   apoff@ycst.com<br>   rvrana@ycst.com<br><br>Attorneys for Sun Pharma Global FZE and Sun Pharmaceutical Industries, Ltd. |

IT IS SO ORDERED on this 10th day of April, 2021.

_____
The Honorable Colm F. Connolly

5