**PHILLIPS, McLAUGHLIN & HALL, P.A.**

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

December 29, 2021        **REDACTED - PUBLIC VERSION**

**VIA CM/ECF**
The Honorable Colm F. Connolly, Chief Judge
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Astellas US LLC et al. v. Apotex Inc. et al.*,
      C.A. No. 18-1675-CFC-CJB (Consolidated)

Dear Chief Judge Connolly:

      I write on behalf of Defendants Apotex Inc., Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories, Inc., Hospira, Inc. ("Hospira"), and International Medications Systems, Ltd. ("IMS") (collectively, "Defendants") to notify the Court that Judge Burke issued a Memorandum Order granting certain Defendants'[1] motions to strike portions of Plaintiffs' supplemental infringement contentions and supplemental expert reports on December 22, 2021. (D.I. 874).[2] Judge Burke's Order narrows the issues in this case and accordingly narrows the scope of relevant material set forth in the parties' Pretrial Order. (*See* D.I. 873). Plaintiffs' objection, if any, to Judge Burke's Order is due on January 5, 2022.[3]

      If Plaintiffs do not file a timely objection, or upon request by the Court, Defendants will coordinate with Plaintiffs to submit an amended Pretrial Order striking the relevant portions in accordance with the findings in Judge Burke's Order.

---

[1] All remaining defendants except for Sun Pharma Global FZE moved to strike.
[2] A copy of Judge Burke's Memorandum Order is attached.
[3] *See* Fed. R. Civ. P. 72(a); Standing Order for Objections Filed under Fed. R. Civ. P. 72, dated October 9, 2013.

The Honorable Colm F. Connolly  Page 2
December 29, 2021

    Counsel are available at the convenience of the Court should Your Honor have further questions.

        Respectfully submitted,

        */s/ John C. Phillips, Jr.*

        John C. Phillips, Jr. (No. 110)

Enclosure
cc:    All Counsel of Record (via CM/ECF and email)