UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX, INC., et al.,<br><br>Defendants. | C.A. No. 18-1675-CFC-CJB<br>(Consolidated) |
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.<br><br>Defendants. | C.A. No. 19-01160-CFC |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs Astellas US LLC; Astellas Pharma US, Inc.; and Gilead Sciences, Inc., and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions, and petitions asserted in this Action are dismissed without prejudice pursuant to a Settlement and License Agreement;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains exclusive jurisdiction over the parties for purposes of enforcing this Stipulation and Order and any dispute related to the Settlement and License Agreement; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: January 26, 2022 | Respectfully submitted, |
| By: /s/ Robert M. Oakes<br>Robert M. Oakes (#5217)<br>Nitika Gupta Fiorella (#5898)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>oakes@fr.com<br>fiorella@fr.com<br><br>*Attorneys for Plaintiffs Astellas US LLC, Astellas Pharma US, Inc., and Gilead Sciences, Inc.* | By: /s/ Megan C. Haney<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc.* |

IT IS SO ORDERED this _____ day of _____, 2022.

_____
The Honorable Colm F. Connolly